IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Michael Kilbourne, | ) | Civil Action Number: 7:16-cv-000958-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Secretary of Health and Human Services, | ) | |
| | ) | |
| Appeals Council Dkt. M-13-3638 | ) | |
| ALJ Appeal No. 1-1084201140 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case comes before the Court on the parties' joint motion to file the certified administrative record under seal pursuant to Local Rule 5.03. Because the certified administrative record contains significant amounts of personally identifying information of third parties and sensitive financial records of third parties, this Court finds good cause to allow the parties to file the certified administrative record under seal. Such filing must comport with the local rules of this district.

IT IS THEREFORE SO ORDERED THAT THE parties' motion is GRANTED.

IT IS FURTHER ORDERED THAT the parties file the certified administrative record under seal through the procedures outlined in this district's local rules.

IT IS SO ORDERED.

                                                 s/Mary Geiger Lewis
                                                 The Honorable Mary Geiger Lewis
                                                 United States District Court Judge

September 21, 2016
Columbia, South Carolina